UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE Division

CIVIL RIGHTS COMPLAINT FORM

MARCUS TYRONE BROADNAX         CASE NUMBER: 3:24-CV-308-WWB-LLL
DC# 129250                                    (To be supplied by Clerk's Office)

_____

(Enter full name of each Plaintiff and
prison number, if applicable)

v.

COURTNEY KNIGHT
DAVID DUCKWILER
C.O.1 MCFATTEN

_____

(Enter full name of each Defendant.
If additional space is required, use the
blank area directly to the right).
                                                    /

ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.   PLACE OF PRESENT CONFINEMENT: SUWANNEE CORRECTIONAL INSTITUTION
     (MAIN UNIT).                   (Indicate the name and location)

II.  EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. PREVIOUS LAWSUITS:
     2010 ESCAMBIA COUNTY JAIL (DISMISSED)

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes ( )   No (✓)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes (✓)   No ( )

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

  1. Parties to previous lawsuit:

  Plaintiff(s): ~~[scribbled]~~ MARCUS TYRONE BROADNAX

  Defendant(s): ESCAMBIA COUNTY JAIL COMMANDER HEMPHILL

  2. Court (if federal court, name the district; if state court, name the county):

  FEDERAL COURT PENSACOLA DIVISION

  3. Docket Number: ? CAN'T RECALL ?

  4. Name of judge: ? CAN'T RECALL ?

  5. Briefly describe the facts and basis of the lawsuit: I WAS VERBALLY SEXUALLY ASSAULTED IN ORDER TO RECEIVE PROPER CLOTHING

  6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): DISMISSED

  7. Approximate filing date: 2009 OCT. (APPROX.)

  8. Approximate disposition date: 2010 (MONTH ?) (APPROX.)

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

DC 225 (Rev 2/2012)                                                                 2

identify these suits below by providing the case number, the style, and the disposition of each case: #1 I DON'T REMEMBER

STYLE: 42 U.S.C. 1983

DISPOSITION: DISMISSED

IV. **PARTIES**: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: MARCUS TYRONE BROADNAX D.C.#129250
Mailing address: 5964 U.S. HIGHWAY 90 (SUWANNEE CORR. INST.), LIVE OAK, FLORIDA 32060

B. Additional Plaintiffs: N/A

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: COURTNEY KNIGHT
Mailing Address: 5964 U.S. HIGHWAY 90 (SUWANNEE C.I.), LIVE OAK, FLORIDA 32060
Position: L.T.
Employed at: SUWANNEE CORRECTIONAL INSTITUTION

D. Defendant: DAVID DUCKWILER
Mailing Address: 5964 U.S. HIGHWAY 90, LIVE OAK, FLORIDA 32060

DC 225 (Rev 2/2012)

3

Position: SARGEANT

Employed at: SUWANNEE CORRECTIONAL INSTITUTION

E. Defendant: C.O.(1) MCFATTEN

Mailing Address: 5964 U.S. HIGHWAY 90 (SUWANNEE C.I.) LIVE OAK, FLORIDA 32060

Position: C.O. 1

Employed at: SUWANNEE CORRECTIONAL INSTITUTION

F. Defendant: N/A

Mailing Address: N/A

Position: N/A

Employed at: N/A

G. Defendant: N/A

Mailing Address: N/A

Position: N/A

Employed at: N/A

DC 225 (Rev 2/2012)

4

✶V.    **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

MY RIGHTS THAT WERE VIOLATED WERE THE RIGHT TO BE PROTECTED FROM PHYSICAL ABUSE BY CORRECTIONAL CARETAKERS/OFFICERS AND FAILURE TO TREAT AS WELL UNDER THE 8TH AND 14TH AMENDMENT.

✶VI.   **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

✶NOTE: TRAVELING ALONG WITH THIS CIVIL RIGHTS COMPLAINT IS THE MEDICAL POST-USE OF FORCE AND THE APPROVED GRIEVANCE PERTAINING TO THIS INCIDENT. ON APRIL 28th, 2023 WHILE HOUSED AT SUWANNEE CORRECTIONAL INSTITUTION (MAIN UNIT) H-DORMITORY WING 3 CELL #3104 A CELL EXTRACTION WAS UTILIZED ON ME FOR REFUSING TO GIVE UP MATTRESS AND BLANKET. WHILE STILL IN FRONT HAND CUFFS, ONCE THE ~~[struck through]~~ THE DOOR ROLLED I FELL FORWARD ONTO THE FLOOR HALFWAY OUT OF MY CELL DOOR AT WHICH TIME THE CELL EXTRACTION TEAM PUSHED/PULLED ME BACKWARDS AND I GRABBED

DC 225 (Rev 2/2012)                                     5

THE SIDE OF THE DOOR TO PREVENT FROM BEING DRUG BACK INTO THE CELL OFF THE WING CAMERA. HOWEVER INSTEAD OF JUST APPLYING LEG RESTRAINTS AS THEY SHOULD HAVE DUE TO ME ALREADY HAVING ON HAND RESTRAINTS AS WELL AS BEING FACE/BELLY DOWN ON THE GROUND LT. COURTNEY KNIGHT USED HER FOOT TO KICK ME IN THE FACE AND HANDS CAUSING ME TO RELINQUISH THE SIDE OF THE DOOR. AT THIS TIME I WAS DRUG BACK INTO THE ROOM BY THE CELL EXTRACTION TEAM WHERE I WAS THAN BEATEN IN THE TOP OF THE HEAD WITH LEG RESTRAINTS BY C.O. 1 MC PATTEN, WHILE THIS WAS GOING ON I WAS REPEATEDLY PUNCHED IN THE FACE WITH HAND CUFFS USED AS BRASS KNUCKLES BY SARGEANT DAVID DUCKWILER. AFTER A LITTLE WHILE OF THIS HE STOOD UP AND STARTED KICKING ME IN THE FACE, AFTER SEVERAL MINUTES OF THIS FINALLY THE TEAM DECIDED TO PLACE THE LEG RESTRAINTS ON AND I WAS REMOVED FROM MY CELL AND TAKEN TO MEDICAL FOR A POST-USE OF FORCE ASSESSMENT. I HAD 13 LACERATIONS ON THE TOP OF MY HEAD, 2 SWOLLEN EYES, 8 TO 10 CUTS ALL OVER MY FACE, BUSTED BLOOD VESSELS IN BOTH EYES, AND MULTIPLE KNOTS ON MY FACE AND HEAD. HOWEVER MAJORITY OF THESE INJURIES WERE NOT WRITTEN/REPORTED IN THE POST-USE OF FORCE REPORT BY MEDICAL STAFF (R.N. NURSE JESSICA MCCULLERS), BUT THE HAND HELD CAMERA SHOWED AND WILL SHOW OTHERWISE. IF THE SOLE GOAL WAS TO GET ME RESTRAINED AND BROUGHT INTO COMPLIANCE IT WAS SIMPLE AS APPLYING LEG RESTRAINTS BECAUSE I ALREADY HAD ON HANDCUFFS. FURTHERMORE LT. E. KNIGHT REPEATEDLY YELLED FOR ME TO SUBMIT TO HAND AND LEG RESTRAINTS, BUT NONE OF MY INJURIES WERE ON MY LEGS OR MY HANDS, MY FEET OR MY ARMS, WHICH WOULD HAVE BEEN THE MOST LIKELY PLACES OF INJURIES, BUT ALL OF MY INJURIES WERE ON MY FACE AND HEAD. IT WASN'T UNTIL 5/2/23 THAT ALL OF MY INJURIES WERE FINALLY NOTED, BUT ONLY BECAUSE AN INCIDENT REPORT WAS FILED BY MENTAL HEALTH DOCTOR DANA COOK. NOTE: ON MAY 1st 2023 I USED THE J-PAY KIOSK AND TOOK PICTURES OF MY FACE AS PROOF OF EXCESSIVE FORCE, THAT I CAN PROVIDE.

VII. **RELIEF REQUESTED**: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

PROSECUTE THE DEFENDANTS AND COMPENSATE ME

FINANCIALLY FOR THE PHYSICAL PAIN AND SUFFERING CAUSED BY THE EXCESSIVE USE OF FORCE. (PUNITIVE DAMAGES).

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 9TH day of MARCH, 2024.

MARCUS TYRONE BROADNAX #129280
#129280
(Signatures of all Plaintiffs)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the 11th day of MARCH, 2024.