
✱ EXHIBIT A (PAGE 1 OF 3)

**PART B - RESPONSE**

| BROADNAX, MARCUS | 129250 | 2305-135-113 | SANTA ROSA ANNEX | Q2112S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED, REVIEWED AND EVALUATED.

THIS INCIDENT IS UNDER REVIEW BY THE USE OF FORCE UNIT OF THE OFFICE OF THE INSPECTOR GENERAL. UPON COMPLETION OF THIS REVIEW, INFORMATION WILL BE PROVIDED TO APPROPRIATE ADMINISTRATORS FOR FINAL DETERMINATION AND HANDLING.

BASED ON THE ABOVE INFORMATION, YOUR GRIEVANCE IS APPROVED.

ANY FURTHER INQUIRIES CONCERNING THIS INCIDENT SHOULD BE SUBMITTED AS AN INMATE REQUEST TO THE OFFICE OF THE INSPECTOR GENERAL.

P. RODRIGUEZ                              DONALD LEAVINS, WARDEN

_____        _____      5/23/23
SIGNATURE AND TYPED OR PRINTED NAME OF       SIGNATURE OF WARDEN, ASST.             DATE
EMPLOYEE RESPONDING                          WARDEN, OR SECRETARY'S
                                             REPRESENTATIVE

MAY 2 5 2023

Acting

# STATE OF FLORIDA DEPARTMENT OF CORRECTIONS
## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☒ Warden  ☐ Assistant Warden  ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

BROADNAX, MARCUS T. 129250 SANTA ROSA C.I. ANNEX
Last / First / Middle Initial / DC Number / Institution

Part A – Inmate Grievance  2305-115-113

I AM WRITING THIS GRIEVANCE IN REFERENCE OF A INFORMAL GRIEVANCE THAT I FILED OVER 2 WEEKS AGO, BUT HAVE YET TO RECEIVE A RESPONSE FOR IT, WHICH BY RULE ALLOWS ME TO GO TO THE NEXT LEVEL IN THE GRIEVANCE PROCESS. THIS ISSUE AT HAND IS AS FOLLOWS: ON 4/28/23 I WAS HOUSE AT SUWANNEE C.I. (M.U.) H-DORM #3104-S WHEN I REFUSED TO GIVE UP THE MATTRESS AND BLANKET IN MY CELL. I WAS ALREADY IN FRONT HAND RESTRAINTS, SO ONCE A CELL EXTRACTION TEAM WAS READY TO BREACH MY CELL AND COME IN TO APPLY LEG RESTRAINTS REMOVE ME THAN REMOVE THE MAT AND BLANKET. I AGAIN REFUSED TO COME OUT. WHEN THE DOOR ROLLED I FELL FORWARD ON THE FLOOR HALF WAY OUT OF MY CELL AT WHICH TIME THE CELL EXTRACTION TEAM PUSHED ME BACKWARDS, BUT WAS ABLE TO DUE TO ME GRIPPING ON THE DOOR. INSTEAD OF JUST APPLYING THE LEG RESTRAINTS AS THEY SHOULD HAVE AND PULLING ME OUT, L.T. KNIGHT USED HER FEET TO KICK ME IN THE FACE AND HANDS AT WHICH I LET GO OF THE DOOR. I WAS THEN DRUG INTO THE ROOM AND FOR SEVERAL MINUTES BEAT IN TOP OF MY HEAD WITH LEG RESTRAINTS BY THE ONLY BLACK OFFICER ON THE TEAM. ALSO WHILE THIS WAS GOING ON I WAS REPEATEDLY PUNCHED IN THE FACE BY SARG. DUCKWILER WITH HAND CUFFS WRAPPED ON HIS *FORWARD TO SUWANNEE C.I. (MAIN UNIT) WHERE THE INCIDENTS OCCURRED*

5/18/23
DATE

SIGNATURE OF GRIEVANT AND D.C.#  129250

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ZERO / _____
# / Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

RECEIVED
MAY 2 3 2023
BY: .....................

Submitted by the Inmate on: _____ (Date)  Institutional Mailing Log #: _____  (Received By)

DISTRIBUTION:
INSTITUTION/FACILITY            CENTRAL OFFICE
INMATE (2 Copies)               INMATE
INMATE'S FILE                   INMATE'S FILE - INSTITUTION./FACILITY
INSTITUTIONAL GRIEVANCE FILE    CENTRAL OFFICE INMATE FILE
                                CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)       Incorporated by Reference in Rule 33-103.006, F.A.C.

\* EXHIBIT A (3 OF 3)

# CONTINUATION

NAME: MARCUS TYRONE BROADNAX / D.C. # 129250
DATE: 5/18/23   (FORWARD TO SUWANNEE C.I. (M/M))

HAND LIKE BRASS KNUCKLES. HE ALSO STOOD UP FROM TIME TO TIME AND KICKED ME DIRECTLY IN THE FACE 4 TO 5 TIMES. AFTER THE LEG RESTRAINTS WERE FINALLY PLACED ON MY LEGS AND I WAS REMOVED FROM THE CELL AND TAKEN TO MEDICAL FOR MY POST USE OF FORCE ASSESSMENT. I HAD A TOTAL OF 13-LACERATIONS ON TOP OF MY HEAD, 2-SWOLLEN EYES, 8 TO 10 CUTS ALL OVER MY FACE, BUSTED BLOOD VESSELS IN BOTH EYES, AND MULTIPLE KNOTS ON MY FACE AND HEAD. IF THE GOAL WAS TO GET ME RESTRAINED AND BRING INTO COMPLIANCE. I WAS PARTIALLY RESTRAINED ALREADY WHY WASN'T LEG RESTRAINTS JUST APPLIED? WHY IS IT THAT MY FACE WAS THE ONLY PART OF MY BODY BRUTALIZED? THIS IS A BLATANT ACT OF EXCESSIVE FORCE. NOTE: I WILL LIKE TO PRESERVE THE AUDIO AND VIDEO OF THIS WING CAMERA'S FOR 4/28/23 9:30 A.M. TO 10:30 A.M. AS WELL AS THE HAND HELD USE OF FORCE CAMERA WHICH WILL SUPPORT EVERYTHING STATED IN THIS GRIEVANCE. I ALSO HAVE A PICTURE OF WHAT MY FACE LOOKED LIKE AFTER THE INCIDENT (TAKEN ON THE JPAY KIOSK MACHINE MAY 1ST) WHICH IS PHYSICAL PROOF THAT UNNECESSARY FORCE WAS USED. AND A CRIME WAS COMMITTED. MY ADMINISTRATIVE RELIEF THAT I SEEK IS THAT ALL THESE OFFICERS INVOLVED BE HELD ACCOUNTABLE AND FIRED AS THEY SHOULD BE. MTB

M.T.B.