TB312-LAKE C.I.
19225 U.S. Highway 27   Clermont, FL 34715
3523946146  Fax: 3523942128

December 5, 2023
Page 2
FL Nurse Protocol Visit

**MARCUS T BROADNAX**
DC#: 129250
Race/Sex: Black or African American / Male
DOB: ▓▓▓▓1988
Facility: 312-LAKE C.I.

FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**EMERGENCY ROOM RECORD**

**Check all that apply: Inmate, Post-Use-of-Force Exam, Injury**
( )Inmate  ( )Employee  ( )Visitor  ( )Post-Use-of-Force Exam  ( )Injury  ( )Physical Altercation

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, Diagram of Injury. If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it on the next working day.

Time of occurrence: **4/28/23**
Time of exam: **9:00 AM**
Description of occurrence: **PUOF follow up**

**Post Use of Chemical Agent Instructions:**
Shower without soap? **N/A**
( )N/A  ( )Yes  ( )Refused
**N/A**
( )Report any difficulty breathing ( )Remain in upright position ( )Do Not apply lotion to skin ( )Splash cool water to eyes 5-10 minutes

Temp: **98**F
Pulse: **75**
Resp: **17**
BP: **130/ 82**
O2 sat: **99%**
Weight (lbs): **177**

Arrived via: **Ambulatory**
( )Ambulatory  ( )Stretcher  ( )Wheelchair  ( )Other
Other: **N/A**

**Condition on arrival (check all that apply): Alert, Oriented x 4 (person-place- time-situation), Responding to questions verbally**
( )Alert  ( )Oriented x 4 (person-place- time-situation)  ( )Responding to questions verbally  ( )Other (requires description in examination summary)  ( )C/O pain?
If C/O pain checked, please indicate where: **N/A**

**Examination summary: Superficial laceration above R eyebrow, small abrasion next to R eye, blood shot eyes with minimal swelling, abrasion on L ear, and abrasion on L side of nose. All wounds are superficial and pt stated that he pulled off the scabs to his wounds**

**Physician notified? No**
( )No  ( )Yes
Name: **N/A**
Time: **N/A**

*[Handwritten annotation:]* THIS IS A COMPLETE LIE. I NEVER STATED THIS. AND ALSO YOU CAN SEE THE PICTURES & THE HAND HELD CAMERA OF MY FACE RIGHT AFTER THE INCIDENT TO SHOW THAT THE INJURIES WERE NOT SUPERFICIAL THAT

TB312-LAKE C.I.
19225 U.S. Highway 27   Clermont, FL 34715
3523946146  Fax: 3523942128

December 5, 2023
Page 3
FL Nurse Protocol Visit

**MARCUS T BROADNAX**
DC#: 129250
Race/Sex: Black or African American / Male
DOB: ▇▇▇▇1988
Facility: 312-LAKE C.I.

**Treatment provided?** <u>No</u>
( )No  ( )Yes
**If Yes, please describe:** N/A
**Response to Treatment** <u>N/A</u>

**Disposition:** <u>Population(dorm)</u>
( )Population(dorm)  ( )Confinement  ( )Infirmary  ( )Hospital ER  ( )IMR  ( )Other
**if Other, please explain:** <u>N/A</u>

**Discharge Instructions and Education:** <u>Pt was educated on S/S of infection and was instructed to return to medical if injuries worsen</u>

THIS DOCUMENT WILL BE ELECTRONICALLY SIGNED BY THE HEALTHCARE PROVIDER AND REVIEWING PHYSICIAN.

DC4-701C ER Record (Effective 12/12)   Incorporated by Reference in Rule 33-602.210, F.A.C.

This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**


*EXHIBIT B (PAGE 3 OF 3)*

TB312-LAKE C.I.
19225 U.S. Highway 27  Clermont, FL 34715
3523946146  Fax: 3523942128

December 5, 2023
Page 4
FL Nurse Protocol Visit

**MARCUS T BROADNAX**
DC#: 129250
Race/Sex: Black or African American / Male
DOB: ▓▓▓▓1988
Facility: 312-LAKE C.I.

*[handwritten annotation: "THE NURSE WHO LIED ABOUT THE INJURIES"]*

Electronically signed by Mikal Williams, LPN, Licensed Practical Nurse, Centurion on 05/02/2023 at 9:30 AM
Electronically signed by Mohammad Z Islam, MD, Physician, Centurion on 05/03/2023 at 3:33 PM