MARCUS TYRONE BROADNAX
D.C. #129250
SUWANNEE CORRECTIONAL INSTITUTION
(MAIN UNIT),
5964 U.S. HIGHWAY 90
LIVE OAK, FLORIDA
32060

Mailed From State Correctional Institution Suwanee C.I

US POSTAGE ℠ PITNEY BOWES
ZIP 32060 $ 002.35
02 4W
0000380318 MAR 21 2024

JACKSONVILLE DIVISION
CLERKS OFFICE
UNITED STATES DISTRICT COURT
U.S. COURTHOUSE
300 NORTH HOGAN STREET
SUITE: 9-150
JACKSONVILLE, FLORIDA
32202-427

✳LEGAL MAIL✳ MARCH 10ᵀᴴ 2024 ✳



Provided to Suwannee Correctional Institution on:

MAR 21 2024

for mailing, by: _____