**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MARCUS TYRONE BROADNAX,

Plaintiff,

v. Case No. 3:24-cv-308-WWB-LLL

COURTNEY KNIGHT, et al.,

Defendants.

# ORDER

The Court has been advised by Defendants' counsel that the above-styled action has been completely settled. (Doc. 56).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. All pending motions are **DENIED as moot**. The Clerk is directed to close this file.

**DONE AND ORDERED** in Jacksonville, Florida, on June 23, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

caw 6/23
c:
Marcus Tyrone Broadnax, #129250
Counsel of Record